AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Robert Darrell Chain | ) | |
|  | ) | 18-mj-1240-DLC |
|  | ) | |
|  | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 13, 2018 _____ in the county of _____ Suffolk _____ in the

_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 United States Code § 875(c) | Threats in Interstate Communications |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Thomas M. Dalton, Special Agent, FBI
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _____ 08/29/2018 _____

_____
_Judge's signature_

City and state:  _____ Boston, Massachusetts _____

U.S. Magistrate Judge Donald L. Cabell
_____
_Printed name and title_