**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI |
| **City** Boston, MA | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant _____ <br> Magistrate Judge Case Number _____ <br> Search Warrant Case Number _____ <br> R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Robert Darrell Chain | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) 17512 Califa Street, Encino, California | | |
| Birth date (Yr only): 1950 | SSN (last4#): _____ | Sex M  Race: White | Nationality: USA |

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

| | | | |
|---|---|---|---|
| AUSA | George P. Varghese | Bar Number if applicable | |
| **Interpreter:** | ☐ Yes ☑ No | List language and/or dialect: | |
| **Victims:** | ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) | | ☑ Yes ☐ No |
| **Matter to be SEALED:** | ☑ Yes ☐ No | | |
| ☑ Warrant Requested | ☐ Regular Process | ☐ In Custody | |

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

| **Charging Document:** | ☑ Complaint | ☐ Information | ☐ Indictment |
|---|---|---|---|
| **Total # of Counts:** | ☐ Petty | ☐ Misdemeanor | ☑ Felony  1 |

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/29/18   Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Robert Darrell Chain

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 875(c) | Threats in Interstate Communications | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____